CASE NOS. 2023-1657

BEFORE THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEAH STEEL CORP.,

*Plaintiff-Appellant,*

HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,

*Plaintiffs,*

v.

UNITED STATES, UNITED STATES STEEL CORPORATION, VALLOUREC STAR, L.P., WELDED TUBE USA INC.,

*Defendants-Appellees,*

MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC.,

*Defendants.*

APPEAL FROM
THE U.S. COURT OF INTERNATIONAL TRADE
IN NOS. 1:19-CV-00086-JCG, 1:19-CV-00091-JCG, 1:19-CV-00092-JCG, 1:19-CV-00100-JCG, 1:19-CV-00101-JCG,
JUDGE JENNIFER CHOE-GROVES

PLAINTIFF-APPELLANT SEAH STEEL CORPORATION'S
CONSENT MOTION FOR VOLUNTARY DISMISSAL

*Submitted by*

WINTON & CHAPMAN PLLC
1900 L Street, N.W., Suite 611
Washington, D.C. 20036
(202) 774-5500

Attorneys for SeAH Steel Corporation

May 8, 2023

PLAINTIFF-APPELLANT SEAH STEEL CORPORATION'S CONSENT MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL AGREEMENT

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Plaintiff-Appellant SeAH Steel Corporation hereby moves to voluntarily dismiss its appeal docketed under Court Number 2023-1657.[1] Plaintiff-Appellant notes that this appeal remains in its early stage, having been docketed on March 27, 2023 and Plaintiff-Appellant's Opening Brief is not due until July 3, 2023.[2] Each party will bear its own costs.

On May 3, 2023, counsel for Plaintiff-Appellant contacted Hardeep K. Josan, counsel for Defendant-Appellee United States; Roger B. Schagrin and Luke A. Meisner, counsel for Defendants-Appellees Vallourec Star, L.P. and Welded Tube USA Inc.; J. David Park and Henry D. Almond, counsel for Plaintiffs NEXTEEL Co., Ltd. and Hyundai Steel Company; Jarrod Goldfeder, counsel for Plaintiffs AJU Besteel Co., Ltd. and Iljin Steel

---

[1] This appeal was consolidated with Court Number 2023-1109 by this Court's March 30, 2023 Order issued in that appeal. *See* ECF No. 21 in Ct. No. 2023-1109. On April 28, 2023, Defendant-Appellant United States Steel Corporation filed a Consent Motion for Voluntary Dismissal of Court Number 2023-1109. *See* ECF No. 38 in Ct. No. 2023-1109. The Court granted that motion and dismissed Court Number 2023-1109 on May 4, 2023. *See* ECF No. 39 in Ct. No. 2023-1109.

[2] *See* ECF No. 39 in Ct. No. 2023-1109.

Corporation; and Thomas M. Beline and James E. Ransdell, counsel for Defendant-Appellee United States Steel Corporation concerning this motion.[3] Between May 3 and May 5, counsel for the United States, Vallourec Star, L.P., Welded Tube USA Inc., NEXTEEL Co., Ltd., Hyundai Steel Company, AJU Besteel Co., Ltd., Iljin Steel Corporation, and United States Steel Corporation indicated their client's consent to this motion and agreement to the aforementioned terms of voluntary dismissal.

On May 5, 2023, counsel for Plaintiff-Appellant contacted Brady Mills, counsel for Husteel Co., Ltd. concerning this motion. On May 5, counsel for Husteel Co., Ltd. indicated their client's consent to this motion and agreement to the aforementioned terms of voluntary dismissal.

Based on the foregoing, Plaintiff-Appellant respectfully requests that the court dismiss its appeal, docketed under Court Number 2023-1657.

---

[3] Counsel for Husteel Co., Ltd. filed a Notice of Non-Participation on April 26, 2023 in Court Number 2023-1109. *See* ECF No. 19 in Ct. No. 2023-1109. Counsel for Maverick Tube Corp., Tenaris Bay City, Inc., and IPSCO Tubulars Inc. filed a Notice of Non-Participation on April 26, 2023 in Consolidated Court Numbers 2023-1109, 2023-1657. *See* ECF No. 37 in Ct. No. 2023-1109.

                                              Respectfully submitted,

                                              /s/Jeffrey M. Winton

                                              Jeffrey M. Winton
                                              WINTON & CHAPMAN PLLC
                                              1900 L Street, N.W., Suite 611
                                              Washington, D.C.  20036
                                              (202) 774-5500

                                              Attorney for SeAH Steel Corporation

May 8, 2023

CASE NOS. 2023-1657

BEFORE THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEAH STEEL CORP.,

*Plaintiff-Appellant,*

HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO.,
LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,

*Plaintiffs,*

v.

UNITED STATES, UNITED STATES STEEL CORPORATION,
VALLOUREC STAR, L.P., WELDED TUBE USA INC.,

*Defendants-Appellees,*

MAVERICK TUBE CORP., TENARIS BAY CITY, INC.,
IPSCO TUBULARS INC.,

*Defendants.*

APPEAL FROM
THE U.S. COURT OF INTERNATIONAL TRADE
IN NOS. 1:19-CV-00086-JCG, 1:19-CV-00091-JCG, 1:19-CV-
00092-JCG, 1:19-CV-00100-JCG, 1:19-CV-00101-JCG,
JUDGE JENNIFER CHOE-GROVES

ORDER

Upon consideration of Plaintiff-Appellant's Consent Motion for

Voluntary Dismissal and Dismissal Agreement, it is hereby:

ORDERED that Federal Circuit Docket Number 2023-1657, *SeAH Steel

Corp. v. US*, is dismissed; and it is further

ORDERED that each party will bear its own costs.

- 4

Signed: _____

Date: _____
Washington, D.C.